UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 07 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00348 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| TOREY LEN DIXON | ) | 18 U.S.C. § 924(c) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

A.      On or about April 12, 2022, the defendant,

TOREY LEN DIXON,

had been previously and knowingly convicted of a crime punishable by a term of imprisonment

exceeding one year, that is: Aggravated Assault on a Family or Household Member and

Breaking or Entering in Clark County, Arkansas, Circuit Court in Case Number 10CR20-1.

B.      On or about April 12, 2022, in the Eastern District of Arkansas, the

defendant,

TOREY LEN DIXON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus Millenium G2, 9

millimeter pistol, bearing serial number TJT78137, in violation of Title 18, United States Code,

Section 922(g)(1).

## COUNT 2

On or about April 12, 2022, in the Eastern District of Arkansas, the defendant,

TOREY LEN DIXON,

1

3

knowingly and intentionally possessed with intent to distribute a mixture and substance containing

a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about April 12, 2022, in the Eastern District of Arkansas, the defendant,

TOREY LEN DIXON,

knowingly and intentionally possessed a firearm, that is: a Taurus Millenium G2, 9 millimeter pistol,

bearing serial number TJT78137, in furtherance of a drug trafficking crime prosecutable in a court

of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set

forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1, 2, or 3 of this Indictment, the defendant, TOREY LEN

DIXON, shall forfeit to the United States, under Title 18, United States Code, Section 924(d),

Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all

firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 2 of this Indictment, the defendant, TOREY LEN DIXON,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all

property constituting, or derived from, any proceeds the person obtained, directly or indirectly,

as a result of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 2 of this Indictment, the defendant, TOREY LEN DIXON,

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the

person's property used or intended to be used, in any manner or part, to commit, or to facilitate

the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]